JESSE JUTKOWITZ *v.* DEPARTMENT OF
HEALTH SERVICES ET AL.
(12244)

FOTI, HEIMAN and SCHALLER, Js.
Argued February 14—decision released March 14, 1995

*Henry A. Salton,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Richard J. Lynch,* assistant attorney general, for the appellants-appellees (defendants).

*Hanon W. Russell,* for the appellee-appellant (plaintiff).

PER CURIAM. The judgment is affirmed.